IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:95CR106

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| **KENDALL MILLER** | ) | |

**THIS MATTER** is before the Court *sua sponte*.

The Defendant was sentenced by the undersigned on October 24, 1996, to a prison term of 210 months for possession with intent to distribute cocaine base. **Judgment in a Criminal Case, filed December 4, 1996.** On May 18, 2009, the Probation Office filed a Supplement to the Defendant's presentence report pursuant to the Crack Cocaine Guideline Amendment. **Supplement to the Presentence Report, filed May 18, 2009.** The Probation Office advises that not only was the Defendant sentenced as a career offender, there is no change in the guideline range since the notice under 21 U.S.C. § 851 "enhancing the statutory minimum sentence to a mandatory term of life imprisonment was not withdrawn,

restricting the revised guideline range to life[.]" ***Id*. at 2.** Therefore, the new amendment has no effect on the Defendant's sentence. ***Id***. Because this recommendation is adverse to the Defendant, the Court will require counsel be appointed to represent the Defendant and appointed counsel shall file an appropriate response.

**IT IS, THEREFORE, ORDERED** that the Federal Defender appoint counsel for the Defendant forthwith.

**IT IS FURTHER ORDERED** that appointed counsel file response to the Supplement to the Presentence Report within 45 days from entry of this Order.

The Clerk is directed to provide appointed counsel with a copy of this Order.

Signed: May 21, 2009

Lacy H. Thornburg
United States District Judge